IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No.: 10-02129 S |
| MYRNA BAERGA FELICIANO | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM
## POST CONFIRMATION MODIFICATION PLAN UNDER §1329

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to cure arrears with trustee and comply with the trustee unfavorable report dated June 23, 2010.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 13th day of July of 2010.**

        JPC LAW OFFICE

        José M Prieto Carballo, Esq.
        P.O. Box 363565
        San Juan, P.R. 00936-3565
        Tel (787) 607-2066 & Tel (787) 607-2166
        jpc@jpclawpr.com

        By: /s/ Jose M Prieto Carballo, Esq.

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. 10-02129-13

BAERGA FELICIANO, MYRNA I     Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 7/13/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 1,500.00 | 1 | 1,500.00 |
| 0.00 | 3 | 0.00 |
| 1,009.00 | 22 | 22,198.00 |
| 1,500.00 | 34 | 51,000.00 |
| | | |

TOTAL: $ 74,698.00

Additional Payments:
$ 3,027.00 to be paid as a LUMP SUM within 12 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
Account Receivables owned by clients to debtor to cure arrears to the plan

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 77,725.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,124.00

Signed: /s/ MYRNA I BAERGA FELICIANO
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP AC GUAYNABO

5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
ATTORNY FEES TO BE PAID FIRST.

ANY TAX REFUND RECIEVED DURING THE TERM OF THE PLAN SHALL BE SURRENDERED TO TRUSTEE TO FUND THE PLAN.

PLAN INCREASES WHEN DEBTOR COMPLETES PAYMENT TO ORIENTAL BANK VEHICLE LEASE FORD F150.

DEBTOR WILL CURE PRE PETITION ARREARS WITH ORIENTAL BANK (EUROLEASE) THROUGH THE PLAN AND WILL CONTINUE DIRECT PAYMENTS TO CREDITOR.

DEBTORS CONSENTS LIFT OF STAY IN FAVOR OF BMW FINANCIAL.

Attorney for Debtor Jose Prieto     Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE BAERGA FELICIANO, MYRNA I
Debtor(s)

Case No. 10-02129-13

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | EUROLEASE | | |